# U.S. v. ROGER ALLAN BELLINI

## 7:19-CR-00095

## <u>Placeholder</u>
## Government's Exhibits 1 - 7
## to Sentencing Memorandum

## Filed Under Seal 2/25/2021