# U.S. v. ROGER ALLAN BELLINI

# 7:19-CR-00095

# Placeholder
# Defendant's Exhibits 1
# to Sentencing Memorandum

# Dr. Mark Hastings
# Forensic Psychological Evaluation
# August 02, 2020
# ECF Doc. # 56

# Filed Under Seal February 11, 2021