# Certificate of Completion

BE IT HEREBY KNOWN THAT

## ROGER BELLINI

HAS SUCCESSFULLY COMPLETED

## CHANGING OFFENDER BEHAVIOR

ON NOVEMBER 30, 2020



Mark Williams
Group Facilitator

### Western Virginia Regional Jail

SERVING THE COUNTIES OF FRANKLIN, MONTGOMERY, AND ROANOKE AND THE CITY OF SALEM
"WITH PRIDE AND EXCELLENCE"