**Seth Weston**

| | |
|---|---|
| **From:** | Amanda Powers <mrslynchburg2018@gmail.com> |
| **Sent:** | Sunday, February 28, 2021 10:03 AM |
| **To:** | Seth Weston |
| **Subject:** | Roger- admitting |

Early in 2011 my brother, Roger Bellini, sent me a text and asked me if he could tell me a secret. He was clear that he was struggling and needed to tell someone he trusted. He warned me that someone had done something illegal. I was concerned. I, of course, agreed to listen and he continued to share a childhood of abusive actions from our step grandfather toward him. He was clearly very upset and swore me to secrecy. He insisted that I could not tell a single soul, or he'd never forgive me. He wouldn't tell either of our parents. I pleaded with him to seek some form of help. After that day, he had I had several conversations on the topic. Over the years since, he occasionally called crying or would call me to the side when we were at family events. Each time we spoke he would reveal further details and the effects it had on his life.