# Directory of National Programs

## *Federal Bureau of Prisons*

A practical guide highlighting reentry programs available in the Federal Bureau of Prisons.

*9/13/2017*

# INTRODUCTION

Supporting a successful transition to the community is central to the mission of the Federal Bureau of Prisons (Bureau). The Bureau protects public safety by ensuring that federal inmates receive reentry programming to support their successful return to the community.  National programs are the Bureau's premier reentry programs, designed to ensure that inmates have the skills necessary to succeed upon release.  National programs are standardized across institutions, described in the Bureau's national policies, implemented with dedicated resources, and regularly reviewed for quality assurance.  When appropriate, national programs are developed or modified to address the needs of specific populations within the Bureau.  For example, a gender-responsive version of the Residential Drug Abuse Treatment Program has been created to specifically address the treatment needs of female inmates.

This practical guide was prepared to highlight the Bureau's national programs.  Each program summary in this directory contains key information:  a Program Description, Time Frame, Admission Criteria, Program Content, Empirical Support, Applicable Policies, and Institution Locations.  Additional information about these programs can be obtained by accessing the referenced policies, which are available on the Bureau's public website:  www.bop.gov.  More specific inquiries about these programs should be directed to the responsible disciplines with the Bureau, as identified in the Table of Contents.

In addition to national programs, the Bureau maintains a catalog of evidence-based and promising model programs to address a wide range of reentry needs.  Programs contained in this catalog are implemented at the local level with existing resources.  These supplemental program offerings vary based on available resources and the needs of each institution's inmate population.  Each institution's Reentry Affairs Coordinator maintains a list of the model programs that is currently available at his/her institution.

*Disclaimer:  The Bureau provides this directory as a means of describing programs offered throughout the agency.  This list contains information which is accurate as of September 13, 2017, but programming offered at various institutions is subject to change over time.  The Bureau attempts to follow all judicial recommendations regarding place of incarceration; however, many factors are considered when making a designation decision and the Bureau is not always able to accommodate a judicial recommendation.*

# Table of Contents

**Education Branch:**
Bureau Literacy Program ....................................................................................................................... 3

English-as-a-Second Language Program .................................................................................................. 4

Occupational Education Programs ........................................................................................................... 5

**UNICOR:**
Federal Prison Industries Program .......................................................................................................... 6

**Female Offender Branch:**
Parenting Program ................................................................................................................................... 8

**Psychology Services Branch:**
Bureau Rehabilitation and Values Enhancement Program ..................................................................... 9

Challenge Program ................................................................................................................................. 10

Drug Abuse Education ............................................................................................................................. 11

Female Integrated Treatment Program ................................................................................................. 12

Mental Health Step Down Unit Program ............................................................................................... 13

Nonresidential Drug Abuse Program ..................................................................................................... 14

Residential Drug Abuse Program ........................................................................................................... 15

Resolve Program .................................................................................................................................... 17

Sex Offender Treatment Program - Nonresidential ............................................................................... 19

Sex Offender Treatment Program - Residential ..................................................................................... 20

Skills Program ........................................................................................................................................ 21

Steps Toward Awareness, Growth, and Emotional Strength Program .................................................. 22

**Chaplaincy Services Branch:**
Life Connections Program ...................................................................................................................... 23

# Bureau Literacy Program

| | |
|---|---|
| **Program Description** | The Literacy Program is designed to help inmates develop foundational knowledge and skill in reading, math, and written expression, and to prepare inmates to get a General Educational Development (GED) credential.   Completion of the Literacy Program is often only the first step towards adequate preparation for successful post-release reintegration into society. |
| **Time Frame** | Depending on student needs, students participate in literacy classes for a varied length of time. Literacy classes are scheduled Monday through Friday.  Each literacy class session meets a minimum of 1 1/2 hours per day.  With few exceptions, inmates without a confirmed GED or high school diploma are required to enroll and participate in the Literacy Program for a minimum of 240 instructional hours or until they achieve a GED credential. |
| **Admission Criteria** | All inmates without a GED credential or a high school diploma are enrolled in literacy classes in Bureau correctional facilities.  The following inmates are not required to attend the Literacy Program;  (1) pretrial inmates; (2) inmates committed for purpose of study and observation under the provisions of 18 U.S.C. 4205(c), 4241(d), or, effective November 1, 1987, 18 U.S.C. 3552(b); (3) sentenced deportable aliens; and (4) inmates determined by staff to be temporarily unable to participate in the Literacy Program due to special circumstances beyond their control (e.g., due to a medical condition, transfer on writ, on a waiting list for initial placement).  However, these inmates are required to participate when the special circumstances are no longer applicable. |
| **Program Content** | Program content focuses on developing foundational knowledge and skill in reading, math, and written expression, and to prepare inmates to get a GED credential. Inmates withdrawing from literacy programs prior to obtaining a GED will be restricted to the lowest pay and have an inability to vest or earn the maximum amount of Good Conduct Time.  Occupational training programs generally require a GED/High School Diploma or concurrent enrollment in a Literacy Program. |
| **Empirical Support** | Research has shown that passing the GED Test increases earnings for some dropouts, but labor market payoffs take time (Murnane, Willett, & Tyler, 2000; Tyler, 2004; Tyler & Berk, 2008; Tyler, Murnane, & Willett, 2000, 2003).  GED credentials provide a pathway into postsecondary education, and finishing even a short term program offers important economic benefits to GED credential recipients (Patterson, Zhang, Song & Guison-Dowdy, 2010). |
| **Applicable Policies** | 5350.28 Literacy Program (GED Standard)<br>5300.21 Education Training and Leisure Time Program Standards<br>5353.01 Occupational Education Programs |
| **Institution Locations** | All Bureau facilities offer the Literacy Program. |

# English-as-a-Second Language Program

| | |
|---|---|
| **Program Description** | The English-as-a-Second Language (ESL) Program is designed to help limited English proficient inmates improve their English until they function at the equivalency of the eighth grade level in listening and reading comprehension. |
| **Time Frame** | Depending on English skills and motivation, inmates participate in the ESL program for a varied length of time.   ESL classes are scheduled Monday through Friday.  Each class session meets a minimum of 1 ½ hours per day.   With few exceptions, limited English proficient inmates are required to participate in the ESL program until they function at the eighth grade level as measured by standardized reading and listening assessment tests. |
| **Admission Criteria** | All limited English proficient inmates in  the Bureau's correctional facilities are required to participate in the ESL Program.  The following inmates are exempt from the mandatory ESL participation requirement:  (1) pretrial inmates; (2) inmates committed for the purpose of study and observation under the provisions of 18 U.S.C. 4205(c) or, effective November 1, 1987, 18 U.S.C. 3552 (b); (3) sentenced aliens with a deportation detainer; and (4) other inmates whom, for documented good cause, the Warden may excuse from attending the ESL program.   Such inmates, however, shall be required to participate when the special circumstances are no longer applicable.  Although exempted from mandatory ESL participation requirement, all limited proficient English speaking inmates are strongly encouraged to participate in the ESL Program. |
| **Program Content** | Program content primarily focuses on developing functional English listening and reading comprehension skills such as locating and utilizing resources (e.g., libraries, public transportation, drug stores, grocery stores, employment opportunities). |
| **Empirical Support** | Research has shown that individuals who are literate only in a language other than English are more likely to have non-continuous employment and earn less than those literate in English (Greenberg, Macas, Rhodes, & Chan,  2001).  Data from the 2000 U.S. Census on immigrant earnings revealed a positive relation between earnings and English skill ability (Chiswick & Miller, 2002).  An analysis of higher quality research studies has shown, on average, inmates who participated in correctional education programs (to include ESL instruction) had a 43% lower recidivism rate than those inmates who did not participate (Davis et al., 2014).  The same research study also demonstrated correctional education is cost effective (i.e., a savings of $5 on re-incarceration costs for every $1 spent on correctional education). |
| **Applicable Policies** | 5300.21 Education Training and Leisure Time Program Standards<br>5350.24 English-as-a-Second Language Program (ESL) |
| **Institution Locations** | All Bureau facilities offer the ESL Program. |

# Occupational Education Programs

| | |
|---|---|
| **Program Description** | The Occupational Education Program is designed to help inmates acquire marketable skills in a wide variety of trades.   Programs which vary from institution to institution are provided by either career civil-service vocational training instructors or through contracts with colleges and technical schools. Many institutions also provide registered apprenticeships through the United States Department of Labor's Office of Apprenticeship.<br><br>The Inmate Occupational Training Directory outlines the specifics for programs offered at each institution. |
| **Time Frame** | Program length varies with the provider and the complexity of the program.    Upon completion of a marketable occupational education program, inmates may earn an AA, AS, AAS degree and/or an industry recognized certification.   Apprenticeship programs are usually 2,000+ hours and may take three to four years to complete. |
| **Admission Criteria** | All inmates are eligible to participate in an institution's occupational education program.   The inmate's unit team, in consultation with the Education Department, determines if a particular course of study is suited to the inmate's needs.   Occupational education programs typically require an inmate to have a GED or high school diploma or concurrent enrollment in the Literacy Program. Inmates under orders of deportation, exclusion, or removal may participate in an institution's occupational education program if institution resources permit after meeting the needs of other eligible inmates. |
| **Program Content** | Program content focuses on developing the skills necessary for entry-level employment in a given trade. |
| **Empirical Support** | Evidence shows a relationship between correctional education program participation before release and lower odds of recidivating after release (Davis et al., 2014; Saylor and Gaes, 1996; Aos, Phipps, Barnoski and Lieb, 2001).   In a study conducted in Maryland, Minnesota and Ohio, correctional education participants had lower recidivism rates in the categories of re-arrest, re-conviction, and re-incarceration (Steurer, Smith and Tracy, 2001).   There is some evidence that in-prison vocational education is effective in improving the likelihood of post-release employment (Davis et al., 2014). |
| **Applicable Policies** | 5353.01 Occupational Education Programs<br>5300.21 Education, Training and Leisure Time Program Standards |
| **Institution Locations** | All Bureau facilities are mandated to offer Occupational Training with the following exceptions: metropolitan correctional centers, metropolitan/federal detention centers, the Federal Transfer Center, satellite camps, and the administrative maximum facility. |

# Federal Prison Industries Program

| | |
|---|---|
| **Program Description** | The mission of Federal Prison Industries, Inc. (FPI) is to protect society and reduce crime by preparing inmates for successful reentry through job training.  FPI (also known by its trade name UNICOR) is a critical component of the Bureau's comprehensive efforts  to improve inmate reentry.  By providing inmates the skills needed to join the workforce upon release, FPI reduces recidivism and helps curb the rising costs of corrections.  FPI was established in 1934 by statute and executive order to provide opportunities for training and work experience to federal inmates (18 U.S.C. § 4121, et seq.).   FPI does not rely on tax dollars for support; its operations are completely self-sustaining.   FPI is overseen by a Presidentially-appointed Board of Directors. It is one of the Bureau's most critical programs in support of reentry and recidivism reduction. |
| **Time Frame** | Employment opportunities are dependent upon institutional needs, FPI requirements, and the inmate employment waiting list. |
| **Admission Criteria** | Inmate workers are ordinarily hired through waiting lists.  A renewed emphasis has been placed on the use of job share and half-time workers.   This will allow for an increase in the number of inmates who benefit from  participating in the FPI program.   FPI has placed emphasis on prioritizing inmates on the waiting list within three years of release for available FPI positions, with the aim these inmates should be hired at least six months prior to release.   FPI has also placed an emphasis on prioritizing inmates on the waiting list who are military veterans, as well as those with financial responsibilities. |
| **Program Content** | FPI is, first and foremost, a correctional program.   Its impetus is helping inmates acquire the skills necessary to successfully make the transition from prison to law-abiding, tax paying, productive members of society.   The production of items and provision of services are necessary by-products of those efforts, as FPI does not receive any appropriated funds for operation. FPI is required by statute to diversify its product offerings as much as possible in order to minimize the program's impact on any one industry. FPI currently produces over 80 types of products and services and has six business groups: Clothing and Textiles; Electronics; Fleet; Office Furniture; Recycling; and Services. |
| **Empirical Support** | Rigorous research, as outlined in the Post-Release Employment Project (PREP Study), demonstrates participation in prison industries and vocational training programs has a positive effect on post-release employment and recidivism.  The research revealed inmates who worked in prison industries were 24% less likely to recidivate than non-program participants and 14% more likely to be gainfully employed.  These programs had an even greater positive impact on minority inmates who are at a greater risk of recidivism. |
| **Applicable Policies** | 8120.03 Work Programs for Inmates – FPI<br>1600.10 Environmental Management Systems<br>5180.05 Central Inmate Monitoring System<br>5251.06 Inmate Work and Performance Pay<br>5290.14 Admission and Orientation Program<br>5350.28 Literacy Program (GED Standard)<br>5353.01 Occupational Education Programs<br>5380.08 Financial Responsibility Program, Inmate<br>8000.01 UNICOR Corporate Policy and Procedures |

| Institution Locations | The Federal Prison Industries Program is available at the following facilities: | | |
|---|---|---|---|
| | **Mid-Atlantic Region** | **North Central Region** | **Northeast Region** |
| | FCI Ashland, KY-Low<br>FCI Beckley, WV-Medium<br>FCC Butner, NC-Complex<br>FCI Cumberland, MD-Medium<br>FCI Gilmer, WV-Medium<br>FMC Lexington, KY-Adm.<br>FCI Manchester, KY-Medium<br>FCI Memphis, TN-Medium<br>FCC Petersburg, VA-Complex | FCI Englewood, CO-Low<br>FCI Greenville, IL-Medium<br>USP Leavenworth, KS-Medium<br>USP Marion, IL-Medium<br>FCI Milan, MI-Low<br>FCI Sandstone, MN-Low<br>FCC Terre Haute, IN-Complex<br>FCI Waseca, MN-Low (F) | FCC Allenwood, PA-Complex<br>FCI Elkton, OH-Low<br>FCI Fairton, NJ-Medium<br>FCI Fort Dix, NJ-Low<br>FCI Schuylkill, PA-Medium |
| | **South Central Region** | **Southeast Region** | **Western Region** |
| | FCI Bastrop, TX-Low<br>FCC Beaumont, TX-Complex<br>FPC Bryan, TX-Minimum (F)<br>FCI El Reno, OK-Medium<br>FCC Forrest City, AR-Complex<br>FCI La Tuna, TX-Low<br>FCC Oakdale, LA- Complex<br>FCC Pollock, LA- Complex<br>FCI Seagoville, TX-Low<br>FCI Texarkana, TX-Low | USP Atlanta, GA-Medium<br>FCC Coleman, FL-Complex<br>FCI Edgefield, SC-Medium<br>FCI Estill, SC-Medium<br>FCI Jesup, GA-Medium<br>FCI Marianna, FL-Medium<br>FCI Miami, FL-Low<br>FPC Montgomery, AL-Minimum<br>FPC Pensacola, FL-Minimum<br>FCI Talladega, AL- Medium<br>FCI Tallahassee, FL-Low (F)<br>FCC Yazoo City, MS-Complex | USP Atwater, CA-High<br>FCI Dublin, CA-Low (F)<br>FCC Lompoc, CA-Complex<br>FCI Phoenix, AZ-Medium<br>FCI Safford, AZ-Low<br>FCI Sheridan, OR-Medium<br>FCC Victorville, CA-Complex |
| | (F) = Female Program | | |

# Parenting Program

| | |
|---|---|
| **Program Description** | The Parenting Program provides inmates information through directed classes on how to enhance their relationship with their children even while incarcerated.   All parenting programs include a classroom component and relationship building visitation activities.   In addition, social services outreach contacts are often established to facilitate the provision of services to the inmate parent, visiting custodial parent, and children. |
| **Time Frame** | Inmates may participate in the Parenting Program at any point during their sentence.  The duration of the program varies by institution-to-institution. |
| **Admission Criteria** | All inmates are afforded the opportunity to participate in the Parenting Program. |
| **Program Content** | The Parenting Program varies in length, depth, and content from institution-to-institution.   Providers of Parenting Program components may include educational staff, as well as volunteers from a community group and/or a social service organization.   However, the program's curriculum is recommended to address parenting skills, skills for family support, family literacy education, substance abuse education, and prenatal care information for expectant mothers.  Content may be supplemented by curriculum contained in the Model Programs Catalog. |
| **Empirical Support** | Research has shown parenting programs for incarcerated parents can improve their self-esteem, parenting attitudes, and institutional adjustment. |
| **Applicable Policies** | 5355.03 Parenting Program Standards<br>5267.09 Visiting Regulations<br>5300.20 Volunteer Services<br>5300.21 Education Training and Leisure Time Program Standards |
| **Institution Locations** | All Bureau facilities offer the Parenting Program. |

# Bureau Rehabilitation and Values Enhancement Program

| | |
|---|---|
| **Program Description** | The Bureau Rehabilitation and Values Enhancement (BRAVE) Program is a cognitive-behavioral, residential treatment program for young males, serving their first federal sentence.  Programming is delivered within a modified therapeutic community environment; inmates participate in interactive groups and attend community meetings while living in a housing unit separate from the general population.  The BRAVE Program is designed to facilitate favorable institutional adjustment and reduce incidents of misconduct.   In addition, the program encourages inmates to interact positively with staff members and take advantage of opportunities to engage in   self-improvement activities throughout their incarceration. |
| **Time Frame** | The BRAVE Program is a six-month program.   Inmates participate in treatment groups for four hours per day, Monday through Friday.   As the BRAVE Program is designed to facilitate a favorable initial adjustment to incarceration, inmates are assigned to the program at the beginning of their sentence. |
| **Admission Criteria** | Program admission criteria are as follows: medium security male inmate, 32 years of age or younger, a sentence of 60 months or more, and new to the federal system. |
| **Program Content** | Program content focuses on developing interpersonal skills, behaving pro-socially in a prison environment, challenging antisocial attitudes and criminality, developing problem solving skills, and planning for release. |
| **Empirical Support** | Research found BRAVE Program participants had a misconduct rate lower than a comparison group and BRAVE Program graduates also had a lower misconduct rate.  The BRAVE Program utilizes cognitive behavioral treatment within a modified therapeutic community; these interventions have been found to be effective with an incarcerated population in the reduction of recidivism. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | The BRAVE Program is located at the following facilities:<br>FCI Beckley, WV-Medium<br>FCI Victorville, CA-Medium |

# Challenge Program

| | |
|---|---|
| **Program Description** | The Challenge Program is a cognitive-behavioral, residential treatment program developed for male inmates in penitentiary settings.   The Challenge Program provides treatment to high security inmates with substance abuse problems and/or mental illnesses.   Programming is delivered within a modified therapeutic community environment; inmates participate in interactive groups and attend community meetings while living in a housing unit separate from the general population.   In addition to treating substance use disorders and mental illnesses, the program addresses criminality, via cognitive-behavioral challenges to criminal thinking errors.   The Challenge Program is available in most high security institutions. |
| **Time Frame** | Inmates may participate in the program at any point during their sentence; however, they must have at least 18 months remaining on their sentence.   The duration of the program varies based on inmate need, with a minimum duration of nine months. |
| **Admission Criteria** | A high security inmate must meet one of the following criteria to be eligible to participate in the Challenge Program: a history of substance abuse/dependence or a major mental illness as evidenced by a current diagnosis of a psychotic disorder, mood disorder, anxiety disorder, or personality disorder. |
| **Program Content** | The Challenge Program focuses on the reduction of antisocial peer associations; promotion of positive relationships; increased self-control and problem solving skills; and development of pro-social behaviors.  The program places a special emphasis on violence prevention.   In addition, there are separate supplemental protocols for inmates with substance use disorders and inmates with serious mental illnesses. |
| **Empirical Support** | Interventions used in the Challenge Program (i.e., cognitive-behavioral protocols and a modified therapeutic community model) have been demonstrated to be effective in other treatment programs, such as the Bureau's Residential Drug Abuse Program and BRAVE Program.   Specifically, they have been noted to reduce misconduct, substance abuse/dependence, and recidivism.   The mental health interventions selected for the Challenge Program also have strong empirical support and appear in multiple evidence-based programs (EBPs) registries. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |

**Institution Locations**

The Challenge Program is available at the following facilities:

| Mid-Atlantic Region | North Central Region | Northeast Region |
|---|---|---|
| USP Big Sandy, KY-High<br>USP Hazelton, WV-High<br>USP Lee, VA-High<br>USP McCreary, KY-High | USP Terre Haute, IN-High | USP Allenwood, PA-High<br>USP Canaan, PA-High |
| **Southeast Region** | **South Central Region** | **Western Region** |
| USP Coleman I, FL-High<br>USP Coleman II, FL-High | USP Beaumont, TX-High<br>USP Pollock, LA-High | USP Atwater, CA-High<br>USP Tucson, AZ-High |

# Drug Abuse Education

| | |
|---|---|
| **Program Description** | Drug Abuse Education is designed to encourage inmates with a history of drug use to review the consequences of their choice to use drugs and the physical, social, and psychological impacts of this choice. Drug Abuse Education is designed to motivate inmates to participate in drug abuse treatment, as needed; Drug Abuse Education is not drug treatment. |
| **Time Frame** | Drug Abuse Education is a 12-15 hour educational course.  Class lengths and times are varied to meet the scheduling needs of each institution.  Since the goal of Drug Abuse Education is to motivate inmates to participate in treatment, they are given the opportunity to participate in the course at the beginning of their sentence, ordinarily within the first 12 months. |
| **Admission Criteria** | Inmates are required to participate in Drug Abuse Education if any of the following criteria are met: their substance use contributed to the instant offense; their substance use resulted in a supervised release violation; a significant substance use history is noted; or a judicial recommendation for substance abuse treatment is noted.  Additionally, any inmate may volunteer to take the course. |
| **Program Content** | Participants in Drug Abuse Education receive information on what distinguishes drug use, abuse, and addiction.  Participants in the course also review their individual drug use histories, explore evidence of the nexus between drug use and crime, and identify negative consequences of continued drug abuse. |
| **Empirical Support** | Research has demonstrated psycho-educational techniques are effective motivational strategies, particularly in moving individuals toward seriously considering a significant life change. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | All Bureau facilities offer the Drug Abuse Education Program. |

# Female Integrated Treatment Program

| | |
|---|---|
| **Program Description** | The Female Integrated Treatment (FIT) Program is an institution-wide residential treatment program that offers integrated cognitive-behavioral treatment for substance use disorders, mental illness, and trauma related disorders to female inmates.  Inmates who would otherwise qualify for RDAP and whose treatment plans address substance use in this residential program may qualify for the early release benefit associated with RDAP.  FIT is jointly offered by Psychology Services and the Female Offender Branch. |
| **Time Frame** | Program length is determined individually based on the inmate's needs and interest in treatment. Typically, intensive, half-day programming lasts from 4-12 months and inmates may remain in mental health or maintenance programming indefinitely. |
| **Admission Criteria** | FIT targets low security women in need of residential mental health treatment from across the country. |
| **Program Content** | FIT is integrated into the entire institution and operates as modified therapeutic community utilizing cognitive-behavioral treatments in a trauma informed, gender responsive environment. Criminal thinking is addressed through the identification of criminal thinking errors and the promotion of pro-social interactions with staff and peers.  There is a special emphasis on peer support; some women are trained as peer companions and have the opportunity to complete an apprenticeship that prepares them for work in the community as a Peer Specialist.  The program works closely with Psychiatry Services, Recreation, Unit Management, Education, and Correctional Services to promote a multidisciplinary approach to treatment and skill building.  Program content is designed to promote successful reentry into society at the conclusion of incarceration, and program staff collaborate with community partners to facilitate reentry. |
| **Empirical Support** | The mental health and trauma interventions selected for this program have strong empirical support and appear in multiple evidence-based programs (EBPs) registries.<br><br>In coordination with the National Institute on Drug Abuse (NIDA), the Bureau conducted a rigorous three-year outcome study of the RDAP, which was published in 2000. The analysis also found that female inmates who participate in RDAP are 18% less likely to recidivate than similarly situated female inmates who do not participate in treatment. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs<br>5331.02 CN-2 Early Release Procedures Under U.S.C. 3621(e) |
| **Institution Locations** | The FIT Program is located at FSL Danbury, CT-Low |

# Mental Health Step Down Unit Program

| | |
|---|---|
| **Program Description** | The Mental Health Step Down Unit Program is a residential treatment program offering an intermediate level of care for inmates with serious mental illnesses.  The program is specifically designed to serve inmates who do not require inpatient treatment, but lack the skills to function in a general population prison setting.   The program uses an integrative model that includes an emphasis on a modified therapeutic community, cognitive-behavioral therapies, and skills training.   The goal of the Mental Health Step Down Unit Program is to provide evidence-based treatment to seriously mentally ill inmates in order to maximize their ability to function and minimize relapse and the need for inpatient hospitalization. |
| **Time Frame** | The Mental Health Step Down Unit Program is typically conducted over 12-18 months.   Inmates may participate in the program at any point in their sentence.   Formal programming is facilitated half-days, five days a week with the remaining half-day dedicated to an institution work assignment or other programming, as participants are able. |
| **Admission Criteria** | Inmates with serious mental illnesses, who would benefit from intensive residential treatment, are considered for the program.   Inmates with a primary diagnosis of Borderline Personality Disorder are referred to the STAGES Program, as opposed to the Mental Health Step Down Unit Program.   Program participants must volunteer for the program and must not be acutely mentally ill (i.e., they must not meet criteria for inpatient mental health treatment). |
| **Program Content** | Mental Health Step Down Unit Programs operate as modified therapeutic communities and utilize cognitive-behavioral treatments, cognitive rehabilitation, and skills training.   Criminal thinking is addressed through the identification of criminal thinking errors and engagement in pro-social interactions with staff and peers.   The programs work closely with Psychiatry Services to ensure participants receive appropriate medication and have the opportunity to build a positive relationship with the treating psychiatrist.   Program content is designed to promote successful reentry into society at the conclusion of their term of incarceration, and program staff collaborate with community partners to facilitate reentry. |
| **Empirical Support** | The mental health interventions selected for this program have strong empirical support and appear in multiple evidence-based programs (EBPs) registries. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | Mental Health Step Down Unit Programs are available at the following facilities:<br>USP Allenwood, PA-High (Secure)<br>USP Atlanta, GA-Medium (Secure)<br>FCI Butner, NC-Medium |

# Nonresidential Drug Abuse Program

| | |
|---|---|
| **Program Description** | The Nonresidential Drug Abuse Program is a flexible, moderate intensity cognitive-behavioral treatment program.  The program is designed to meet the needs of a variety of inmates including inmates who are waiting to enter the Residential Drug Abuse Program (RDAP); inmates who do not meet admission criteria for the RDAP, but who wish to benefit from less intensive drug abuse treatment services; and inmates who have been referred by other Psychology Services or institution staff for drug abuse treatment. |
| **Time Frame** | The Nonresidential Drug Abuse Program is comprised of 90-120 minute weekly group treatment sessions, for a minimum of 12 weeks and a maximum of 24 weeks.   Treatment staff may offer treatment beyond the 12 week  minimum based upon the treatment needs of the inmate and supplemental treatment services available at the facility. |
| **Admission Criteria** | An inmate must have a history of drug abuse as evidenced by self-report, Presentence Investigation Report (PSR) documentation, or incident reports for use of alcohol or drugs to be eligible to participate in the program. |
| **Program Content** | The Bureau's treatment of substance abuse includes a variety of clinical activities organized to treat complex psychological and behavioral problems.  The activities are unified through the use of Cognitive Behavioral Therapy (CBT), which was selected as the theoretical model because of its proven effectiveness with the inmate population. |
| **Empirical Support** | The Nonresidential Drug Abuse Program utilizes cognitive-behavioral interventions, which have been proven to be effective in the treatment of substance use disorders.   The group treatment format used in this program also offers empirically supported benefits from pro-social peer interaction among participants. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | All Bureau facilities offer the Nonresidential Drug Abuse Program. |

# Residential Drug Abuse Program

| | |
|---|---|
| **Program Description** | The Residential Drug Abuse Program (RDAP) provides intensive cognitive-behavioral, residential drug abuse treatment.   Programming is delivered within a modified therapeutic community environment; inmates participate in interactive groups and attend community meetings while living in a housing unit separate from the general population.  The RDAP is currently available to Spanish speaking inmates at two facilities.   In addition, Dual Diagnosis RDAPs provide specialized treatment services for the inmate with co-occurring substance abuse and mental illness and/or medical problems.<br><br>Inmates who successfully complete the RDAP and meet other criteria (e.g., sufficient time remaining on their sentence, no precluding offense convictions) may be eligible for up to a 12-month sentence reduction. |
| **Time Frame** | The RDAP consists of a minimum of 500 hours of treatment programming delivered over the course of 9 to 12 months.   In order to facilitate a successful transition to the community, most inmates participating in the RDAP have between 22 and 42 months remaining on their sentence when they begin the program. |
| **Admission Criteria** | In order to gain admission to the RDAP an inmate must meet all of the following admission criteria:  US citizen; the presence of a verifiable substance use disorder within the 12 months prior to their arrest for the instant offense(s); able to participate in all three phases of the program, including transitional treatment in the Residential Reentry Center/home confinement; and a signed agreement acknowledging program responsibility. |
| **Program Content** | Program content focuses on reducing the likelihood of substance abuse through cognitive-behavioral interventions and relapse prevention strategies.   The program also focuses on challenging antisocial attitudes and criminality.   In addition, the program facilitates the development of interpersonal skills and pro-social behavior. |
| **Empirical Support** | In coordination with the National Institute on Drug Abuse (NIDA), the Bureau conducted a rigorous three-year outcome study of the RDAP, which was published in 2000.  The study revealed that male participants were 16% less likely to recidivate and 15% less likely to relapse than similarly situated inmates who do not participate in residential drug abuse treatment for up to 3 years after release.  The analysis also found that female inmates who participate in RDAP are 18% less likely to recidivate than similarly situated female inmates who do not participate in treatment. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs<br>5331.02 CN-1 Early Release Procedures Under U.S.C. 3621(e) |

The RDAP is available at the following facilities:

| Institution Locations | Mid-Atlantic Region | North Central Region | Northeast Region |
|---|---|---|---|
| | FPC Alderson, WV-Minimum (2, F)<br>FCI Beckley, WV-Medium<br>USP Big Sandy, KY-High<br>FCI-I Butner, NC-Medium<br>FCI-II Butner, NC-Medium<br>FCI Cumberland, MD-Medium<br>SCP Cumberland, MD-Minimum<br>SFF Hazelton, WV-Low (F)<br>FMC Lexington, KY-Low<br>FMC Lexington, KY-Low (D)<br>FCI Memphis, TN-Medium<br>FCI Morgantown, WV-Minimum (2)<br>FCI Petersburg, VA-Low<br>FCI Petersburg, VA-Medium<br>Rivers CI, NC-Low (contract) | FPC Duluth, MN-Minimum<br>FCI Englewood, CO-Low<br>FCI Florence, CO-Medium<br>SCP Florence, CO-Minimum<br>SCP Greenville, IL-Minimum (F)<br>SCP Leavenworth, KS-Minimum<br>USP Leavenworth, KS-Medium<br>USP Marion, IL-Medium<br>FCI Milan, MI-Low<br>FCI Oxford, WI-Medium<br>SCP Pekin, IL-Minimum<br>FCI Sandstone, MN-Low<br>USMCFP Springfield, MO-Adm. (D)<br>FCI Terre Haute, IN-Medium<br>FCI Waseca, MN-Low (F)<br>FPC Yankton, SD-Minimum (2) | FCI Allenwood, PA-Low<br>FCI Allenwood, PA-Medium<br>FCI Berlin, NH-Medium<br>USP Canaan, PA-High<br>FCI Danbury, CT-Low<br>FCI Elkton, OH-Low<br>FCI Fairton, NJ-Medium<br>FCI Fort Dix, NJ-Low (2)<br>SCP Lewisburg, PA-Minimum<br>SCP McKean, PA-Minimum<br>FCI Schuylkill, PA-Medium |
| | **South Central Region** | **Southeast Region** | **Western Region** |
| | FCI Bastrop, TX-Low<br>FCI Beaumont, TX-Low<br>FCI Beaumont, TX-Medium<br>SCP Beaumont, TX-Minimum<br>USP Beaumont, TX-High<br>FPC Bryan, TX-Minimum (F)<br>FMC Carswell, TX-Adm. (F, D)<br>FMC Carswell, TX-Adm. (F, S)<br>FCI El Reno, OK-Medium<br>FCI Forrest City, AR-Low<br>FCI Forrest City, AR-Medium<br>FMC Fort Worth, TX-Low<br>FCI La Tuna, TX-Low<br>FCI Seagoville, TX-Low (2)<br>SCP Texarkana, TX-Minimum | FCI Coleman, FL-Low<br>USP Coleman, FL-High<br>SCP Edgefield, SC-Minimum<br>FCI Jesup, GA-Medium<br>FCI Marianna, FL-Medium<br>SCP Miami, FL-Minimum<br>FCI Miami, FL-Low (S, 2)<br>FPC Montgomery, AL-Minimum (2)<br>FPC Pensacola, FL-Minimum<br>SCP Talladega, AL- Minimum<br>FCI Tallahassee, FL-Low (F)<br>FCI Yazoo City, MS-Low | FCI Dublin, CA-Low (2, F)<br>FCI Herlong, CA-Medium<br>FCI Lompoc, CA-Low<br>FCI Phoenix, AZ-Medium<br>SCP Phoenix, AZ-Minimum (F)<br>FCI Safford, AZ-Low<br>FCI Sheridan, OR-Medium<br>SCP Sheridan, OR-Minimum (2)<br>FCI Terminal Island, CA – Low<br>FCI Terminal Island, CA – Low (D) |
| | (D) = Dual Diagnosis Program      (F) = Female Program      (S) = Spanish Program      (2) = 2 Programs at the Facility | | |

## Resolve Program

| | |
|---|---|
| **Program Description** | The Resolve Program is a cognitive-behavioral program designed to address the trauma related mental health needs of inmates.   Specifically, the program seeks to decrease the incidence of trauma related   psychological disorders and improve inmates' level of functioning.   In addition, the program aims to increase the effectiveness of other treatments, such as drug treatment and healthcare.   The program uses a standardized treatment protocol consisting of three components: an initial psycho-educational workshop (Trauma in Life/Traumatic Stress & Resilience); a brief, skills based treatment group (Seeking Safety); and Dialectical Behavioral Therapy (DBT), Cognitive Processing Therapy (CPT), and/or a Skills Maintenance Group which are intensive, cognitive-behavioral treatment groups to address persistent psychological and interpersonal difficulties.  The Resolve Program is currently available in many female institutions and a limited number of male institutions. |
| **Time Frame** | In most instances, inmates are expected to participate in the Resolve Program during their first 12 months of incarceration.   The full Resolve Program protocol takes approximately 40 weeks to complete; however, scheduling conflicts may extend the length of the program.   Inmates also have the option of continuing to participate in the Skills Maintenance Group indefinitely to continue practicing healthy coping skills. |
| **Admission Criteria** | The Resolve Program is for inmates with a mental health diagnosis due to trauma.   While the Trauma in Life Workshop is the first stage of the Resolve Program, other inmates without a history of trauma may participate in this workshop, if institution resources permit. |
| **Program Content** | The program content focuses on the development of personal resilience, effective coping skills, emotional self-regulation, and healthy interpersonal relationships.   These skills are attained through the use of educational, cognitive, behavioral, and problem-solving focused interventions.  The program materials are modified to be gender responsive to male and female populations. |
| **Empirical Support** | Empirical support for the interventions utilized in the Resolve Program is well-established.   Seeking Safety, CPT, and DBT appear in multiple evidence-based programs (EBP) registries.   These protocols are also used in the Veterans Administration, the country's largest provider of trauma-related treatment. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |

| Institution Locations | The Resolve Program is available at the following facilities: | | |
|---|---|---|---|
| | **Mid-Atlantic Region** | **North Central Region** | **Northeast Region** |
| | FPC Alderson, WV-Minimum (F) <br> SFF Hazelton, WV-Low (F) <br> SCP Lexington, KY-Minimum (F) | ADX Florence, CO-Maximum (M) <br> SCP Greenville, IL-Minimum (F) <br> FCI Waseca, MN-Low (F) | FCI Danbury, CT-Low (M) <br> SCP Danbury, CT-Minimum (F) <br> FSL Danbury, CT-Low (F) (Activating) |
| | **South Central Region** | **Southeast Region** | **Western Region** |
| | FPC Bryan, TX-Minimum (F) <br> FMC Carswell, TX-Adm. (F) | FCI Aliceville, AL-Low (F) <br> SCP Coleman, FL-Minimum (F) <br> SCP Marianna, FL-Minimum (F) <br> FCI Tallahassee, FL-Low (F) | FCI Dublin, CA-Low (F) <br> SCP Victorville, CA-Minimum (F) |
| | (F) Female Program      (M) = Male Program | | |

# Sex Offender Treatment Program - Nonresidential

| | |
|---|---|
| **Program Description** | The Sex Offender Treatment Program – Nonresidential (SOTP-NR) is a moderate intensity program designed for low to moderate risk sexual offenders.  The program consists of cognitive-behaviorally based psychotherapy groups, totaling 4-6 hours per week. |
| **Time Frame** | Inmates are ordinarily placed in the SOTP-NR during the last 36 months of their sentence and, prioritized by release date.  The typical duration of the SOTP-NR is 9-12 months. |
| **Admission Criteria** | The program is voluntary.   Prior to placement in the SOTP-NR, prospective participants are screened with a risk assessment instrument to ensure their offense history is commensurate with moderate intensity treatment.  First time offenders serving a sentence for an internet sex offense are ordinarily placed in the SOTP-NR if they volunteer for treatment. |
| **Program Content** | The SOTP-NR is designed to target dynamic risk factors associated with re-offense in sex offenders, as demonstrated by empirical research.   These factors include: sexual self-regulation deficits and sexual deviancy; criminal thinking and behavior patterns; intimacy skills deficits; and, emotional self-regulation deficits.   The program employs cognitive-behavioral techniques, with a primary emphasis on skills acquisition and practice. |
| **Empirical Support** | The SOTP-NR is designed to conform to the characteristics of sex offender treatment programs with proven effectiveness in reducing re-offense as demonstrated by outcome research.   These characteristics include:  1) stratification of treatment into separate tracks for high and low/ moderate risk inmates; 2) targeting empirically demonstrated dynamic risk factors; and 3) training and oversight to ensure fidelity with the program model. |
| **Applicable Policies** | 5324.10 Sex Offender Programs |

**Institution Locations**

The SOTP-NR is available at the following facilities:

| Mid-Atlantic Region | North Central Region | Northeast Region |
|---|---|---|
| FCI Petersburg, VA-Medium | FCI Englewood, CO-Low<br>USP Marion, IL-Medium | FCI Elkton, OH-Low |

| South Central Region | Southeast Region | Western Region |
|---|---|---|
| FMC Carswell, TX-Adm. (F)<br>FCI Seagoville, TX-Low | FCI Marianna, FL-Medium | USP Tucson, AZ-High |

(F) = Female Program

# Sex Offender Treatment Program - Residential

| | |
|---|---|
| **Program Description** | The Sex Offender Treatment Program - Residential (SOTP-R) is a high intensity program designed for high risk sexual offenders.  The program consists of cognitive-behaviorally based psychotherapy groups, totaling 10-12 hours per week, on a residential treatment unit employing a modified therapeutic community model. |
| **Time Frame** | Inmates are ordinarily placed in the SOTP-R during the last 36 months of their sentence, prioritized by release date.  The typical duration of the SOTP-R is 12-18 months. |
| **Admission Criteria** | The program is voluntary.   Prior to placement in the SOTP-R, prospective participants are screened with a risk assessment instrument to ensure their offense history is commensurate with high intensity treatment.  The SOTP-R is designed to treat sex offenders with a history of multiple sex crimes, extensive non-sexual criminal histories, and/or a high level of sexual deviancy or hypersexuality. |
| **Program Content** | The SOTP-R is designed to target dynamic risk factors associated with re-offense in sex offenders, as demonstrated by empirical research.   These factors include: sexual self-regulation deficits and sexual deviancy; criminal thinking and behavior patterns; intimacy skills deficits; and emotional self-regulation deficits.  The program employs cognitive-behavioral techniques, with a primary emphasis on skills acquisition and practice.   The modified therapeutic community model is employed to address pro-offending attitudes and values. |
| **Empirical Support** | The SOTP-R is designed to conform to the characteristics of sex offender treatment programs with a proven effectiveness in reducing re-offense as demonstrated by outcome research.   These characteristics include:  1) stratification of treatment into separate tracks for high and low/moderate risk inmates; 2) targeting empirically demonstrated dynamic risk factors; and 3) training and oversight to ensure fidelity with the program model. |
| **Applicable Policies** | 5324.10 Sex Offender Programs |
| **Institution Locations** | The SOTP-R is available at the following facilities:<br>FMC Devens, MA-Adm.<br>USP Marion, IL-Medium |

## Skills Program

| | |
|---|---|
| **Program Description** | The Skills Program is a residential treatment program designed to improve the institutional adjustment of inmates with intellectual disabilities and social deficiencies.   The program uses an integrative model which includes a modified therapeutic community, cognitive-behavioral therapies, and skills training.  The goal of the program is to increase the academic achievement and adaptive behavior of socially and cognitively impaired inmates, thereby improving their institutional adjustment and likelihood for successful community reentry. |
| **Time Frame** | The Skills Program is conducted over 12-18 months.   Participation in the program during the initial phase of an inmate's incarceration is recommended; however, inmates may participate in the program at a later time.   Formal programming is facilitated half-days, five days a week with the remaining half-day dedicated to an institution work assignment or receiving tutorial assistance. |
| **Admission Criteria** | Inmates with significant functional impairment due to intellectual disabilities, neurological deficits, and/or remarkable social skills deficits are considered for the program.   Participants must be appropriate for housing in a low or medium security institution.   Inmates must volunteer for the program. |
| **Program Content** | The Skills Program operates as a modified therapeutic community and utilizes cognitive-behavioral treatments, cognitive rehabilitation, and skills training.   The program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills.  Criminal thinking is addressed through the identification of criminal thinking errors and engagement in pro-social interactions with staff and peers.   Program content is designed to promote successful reentry into society at the conclusion of participants' term of incarceration.   Program staff collaborate with community partners to facilitate reentry. |
| **Empirical Support** | The cognitive-behavioral therapy, cognitive rehabilitation, skills training, and modified therapeutic community interventions selected for this program have sound empirical support and consistently appear in evidence-based programs (EBPs) registries. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | The Skills Program is available at the following facilities:<br>FCI Coleman, FL-Medium<br>FCI Danbury, CT-Low |

# Steps Toward Awareness, Growth, and Emotional Strength Program

| | |
|---|---|
| **Program Description** | The Steps Toward Awareness, Growth, and Emotional Strength (STAGES) Program is a residential treatment program for inmates with serious mental illnesses and a primary diagnosis of Borderline Personality Disorder.   The program uses an integrative model which includes a modified therapeutic community, cognitive behavioral therapies, and skills training.   The program is designed to increase the time between disruptive behaviors, foster living within the general population or community setting, and increase pro-social skills. |
| **Time Frame** | The STAGES Program is typically conducted over 12-18 months.   Inmates may participate in the program at any time during  their sentence.  Formal programming is facilitated half-days, five days a week with the remaining half-day dedicated to an institution work assignment or other programming. |
| **Admission Criteria** | Inmates referred to the STAGES Program have a primary diagnosis of Borderline Personality Disorder and a history of unfavorable institutional adjustment linked to this disorder.   Examples of unfavorable institutional adjustment include multiple incident reports, suicide watches, and/or extended placement in restrictive housing.  Inmates designated to the STAGES Program must volunteer for treatment and be willing to actively engage in the treatment  process.   Willingness to engage in the treatment is assessed through a brief course of pre-treatment in which the inmate learns basic skills at the referring institution. |
| **Program Content** | The program curriculum is derived from Dialectical Behavior Therapy (DBT) and takes place in a modified therapeutic community.  There is also an emphasis on basic cognitive-behavioral skills consistent with other Bureau treatment programs.  For example, criminal thinking is addressed through the identification of criminal thinking errors and engagement in pro-social interactions with staff and peers.  Program content is designed to prepare inmates for transition to less restrictive prison settings and promote successful reentry into society at the conclusion of their term of incarceration.  Program staff collaborate with community partners to facilitate reentry. |
| **Empirical Support** | DBT is an evidence-based practice for the treatment of Borderline Personality Disorder, with strong empirical support.   In addition, the cognitive-behavioral interventions and modified therapeutic community model employed in the program are well supported in the professional literature.  These interventions appear in a number of evidence-based programs (EBPs) registries. |
| **Applicable Policies** | 5330.11 CN-1 Psychology Treatment Programs |
| **Institution Locations** | The STAGES Program is available at the following facilities:<br>USP Florence, CO-High (Secure)<br>FCI Terre Haute, IN-Medium |

# Life Connections Program

| | |
|---|---|
| **Program Description** | The Life Connections Program (LCP) is a residential faith-based program offered to inmates of all faith traditions, including for those who do not hold to a religious preference.   This program is available to inmates at low, medium, and high security facilities.   The goal of LCP is to provide opportunities for the development and maturation of the participants' commitment to normative values and responsibilities, resulting in overall changed behavior and better institutional adjustments.   In addition, the participants receive life skills and practical tools and strategies to assist them in transitioning back to society once released from federal custody. |
| **Time Frame** | The LCP is an 18 month program in which participants attend classes and meetings, Monday through Friday afternoons for approximately four hours per day, as well as evening mentoring sessions and seminars.   In addition, the participants participate in their respective faith services and chapel programs during the evening and weekend hours. |
| **Admission Criteria** | Program admission criteria are as follows:<br>• Low security male inmates within 24 to 36 months of their projected release date.<br>• Medium and high security male inmates with 30 months or more prior to their projected release date.<br>• Low security female inmates with 30 months or more prior to their projected release date.<br>• Must not have a written deportation order.<br>• Must not be on Financial Responsibility Program (FRP) Refuse status.<br>• Must have met English-as-a-Second Language (ESL) and GED obligations.<br>• Must receive recommendation from relevant staff (Chaplain, Unit Team, and Associate Warden) and approval from the Warden. |
| **Program Content** | The objectives of the program are to foster personal growth and responsibility, and to right the relationships among their victim(s), community, and inmate, using secular outcome-based objectives. The program facilitates the practice of one's personal belief system, whether secular or religious, to bring reconciliation and restoration, and to take responsibility for their criminal behavior.   In addition, community organizations and volunteers at the inmates' release destinations serve as mentors to assist and support the participants upon their release. |
| **Empirical Support** | The LCP materials and workbooks are based on interactive journaling which was listed on SAMHSA's National Registry of Evidence-based Programs and Practices (NREPP). |
| **Applicable Policies** | Operations Memorandum 003-2013 (5325) Life Connections Program |

**Institution Locations**

The LCP is available at the following facilities:

| Mid-Atlantic Region | North Central Region | South Centra Region |
|---|---|---|
| FCI Petersburg, VA-Low | USP Leavenworth, KS-Medium<br>FCI Milan, MI-Low<br>USP Terre Haute, IN-High | FMC Carswell, TX-Adm. (F) |
| (F) = Female Program | | |