**Seth Weston**

| | |
|---|---|
| **From:** | Amanda Powers <mrslynchburg2018@gmail.com> |
| **Sent:** | Sunday, February 28, 2021 10:14 AM |
| **To:** | Seth Weston |
| **Subject:** | Roger- sentence |

| | |
|---|---|
| **AmicusId:** | 216939 |
| **AmicusStatus:** | Saved |
| **AmicusFileName:** | Bellini Child Porn |
| **AmicusFileIds:** | 5953 |

As Roger Bellini's sister, I plead with the court to be merciful to my brother. I beg you to grant him the lowest possible sentencing available to the court. I want him to have the ability to have a future. I want him to become the man I know he is capable of and have seen many times throughout his life. Being the family member which he has always been closest to, I know how much he's struggled. He has been through abuse and pain that many can not even imagine. Yet, he has a heart of gold, strong work ethic, and constant desire for improvement. I know his determination to learn from his mistakes and become a better man through them. I also plead that he be provided treatment and counseling appropriate for his mental well-being and rehabilitation during his sentence. He is a smart, strong, and wonderful man that has made mistakes. I pray that you will see it fit to give him a second change to redeem himself and give his family the gift of having his presence once more. I love him. My sons love him. Please don't force him to be parted from us longer than required. Thank you.

1