IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 7:19-cr-00095 |
| | ) |
| ROGER ALLAN BELLINI | ) |

CORRECTION TO DEFENDANT'S SENTENCING MEMORANDUM
AND REVISED STATEMENT FOR ATTACHMENT 4

COMES NOW Defendant, Roger Allan Bellini, by counsel, and respectfully submits this correction to the sentencing memorandum filed on February 28, 2021, and a revised statement from Amanda Powers concerning Mr. Bellini's disclosure of sexual abuse to her that is attached to the original sentencing memorandum as Attachment 4.

After further investigation counsel found that he incorrectly stated in the first paragraph on page 7 of the sentencing memorandum that Mr. Bellini was taken to a hospital in reference to the overdose that occurred in August 2020. A review of counsel's notes shows that Mr. Bellini never said he went to the hospital, and his father, Mr. Keven Weiman later confirmed that Mr. Bellini did not go to the hospital after being missing this day. Counsel apologizes for this error and submits this memorandum to correct the information.

Additionally, Ms. Amanda Powers, who is Mr. Bellini's sister to whom he disclosed their step-grandfather's sexual abuse in 2011, has submitted a revised statement as to Mr. Bellini's disclosure to her. The original statement was attached to the sentencing memorandum as Attachment 4. Counsel moves the court to replace in its entirety her statement dated February 28, 2021 at 10:03 a.m. with her revised statement dated March 01, 2021 at 12:16 p.m., so the revised statement of March 01, 2021 is Attachment 4 to defendant's memorandum.

WHEREFORE, the Defendant, Roger Allan Bellini, respectfully requests the Court grant

the Defendant's motion and allow counsel's corrections and revisions to the Defendant's sentencing memorandum as set forth above, and for any other relief the court deems appropriate.

Respectfully submitted this 2nd day of March 2021.

ROGER ALLAN BELLINI

s/ Seth C. Weston
By: Seth C. Weston, Esq.

Law Office of Seth C. Weston, PLC
313 Campbell Avenue SW
Roanoke, Virginia 24016
(O) (540) 342-5608
(F) (540) 301-2209
Email: seth@scwestonlaw.com
Bar # 47523
Counsel for Roger Allan Bellini

Certificate of Service

I hereby certify that I electronically filed this motion on March 02, 2021, with the Clerk of the Court using the CM-ECMF system, which will electronically notice all counsel of record.

s/ Seth C. Weston
Counsel for Defendant
