IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:19cr00095 |
| | : |
| ROGER ALLAN BELLINI | : |

### ADDENDUM TO THE GOVERNMENT'S SENTENCING MEMORANDUM

COMES NOW the United States of America by counsel and hereby submits this addendum to its sentencing memorandum filed on February 25, 2021. The attachment to this addendum contains a request for restitution by "April" received by the Government on March 2, 2021. April is the victim from the "aprilblonde" series of child pornography images and a victim of Count Six of the indictment. To date, April has not received restitution for the full amount of her losses. The request contains a victim impact statement from April, a psychological evaluation from January 2021 detailing approximately $226,375 in anticipated treatment costs, and an affidavit from her attorney detailing at least $4,575 in legal expenses. The attachment also contains an email from Mr. Bellini's counsel offering $3,000 in restitution and an email from the victim's counsel on March 3, 2021 agreeing to accept $3,000 in restitution. The Government requests that the attachment to this addendum be placed under seal.

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

Date: March 3, 2021

/s/ Rachel Barish Swartz
Rachel Barish Swartz
Assistant United States Attorney
New York State Bar No. 4667044

Western District of Virginia
P. O. Box 1709
Roanoke, VA 24008-1709
Tel: (540) 857-2250
Fax: (540) 857-2283
Email: rachel.swartz@usdoj.gov

/s/ *Eduardo Palomo*
Eduardo Alberto Palomo
Trial Attorney
Texas Bar No. 24074847
United States Department of Justice
1301 New York Ave NW
Washington, D.C. 20005
Tel: (202) 305-9635
Email: Eduardo.palomo2@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send a copy of said filing to counsel for the defendant.

/s/ Rachel Barish Swartz
Assistant United States Attorney